# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL MARKETING, INC., et al., | Case No. SACV 10-1057 RNB |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| vs. | |
| GREG CYNAUMON, et al., | |
| Defendants. | |

To date, no proof of service has been filed, and it therefore appears to the Court that the named defendant was not served within the 120-day period allowed for accomplishment of service of the summons and complaint under Federal Rule of Civil Procedure 4(m). By the Court's calculation, the service period expired here on November 10, 2010.

Accordingly, pursuant to Rule 4(m) and Local Rule 41-1, plaintiffs are ORDERED to show good cause, if there be any, why service was not made within the 120-day period and why this case should not be dismissed without prejudice for want of prosecution. Plaintiffs shall attempt to show such cause by filing a declaration, signed by plaintiffs' counsel under penalty of perjury, within fourteen (14) days of the service date of this Order. **If plaintiffs do not timely file such a declaration or if plaintiffs fail to show good cause for their failure to timely serve, this action will**

1 **be subject to dismissal without prejudice for failure to prosecute.** <u>See</u> Fed. R. Civ.
2 P. 4(m); Local Rule 41-1; <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 629-30, 82 S. Ct. 1386,
3 8 L. Ed. 2d 734 (1962); <u>see also</u> <u>Carey v. King</u>, 856 F.2d 1439, 1440 (9th Cir. 1988).

5 DATED: November 15, 2010

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE