I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ defendant (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12/8/2010

DEPUTY CLERK

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

DEC - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL MARKETING, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>GREG CYNAUMON, et al.,<br><br>　　　　Defendants. | Case No. SACV 10-1057 RNB<br><br>**JUDGMENT** |

　　In accordance with the Order of Dismissal for Failure to Prosecute filed herein,

　　IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:　December 7, 2010

　　　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 8 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

1